CEM

AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

FILED

Southern DISTRICT OF California

08 JUL 28 AM 11:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to<br>Parcel #1 bears the following information: Tracking # 0306-3030-0001-1105-8214; addressed to Devon Johnson, 133 bark Ave, Central islip, NY 11722; and listed the return information of Chantel Johnson, 4534 T St, San Diego, CA 92114. | **APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**<br>CASE NUMBER: '08 MJ 2299 |

I, Ana L. Flores being duly sworn depose and say:

I am a(n) U. S. Postal Inspector and have reason to believe
Official Title

that on the premises known as (name, description and/or location)

Parcel #1 bears the following information: Tracking # 0306-3030-0001-1105-8214; addressed to Devon Johnson, 133 bark Ave, Central islip, NY 11722; and listed the return information of Chantel Johnson, 4534 T St, San Diego, CA 92114 which is in the custody of the U. S. Postal Inspection Service

in the Southern District of California

there is now concealed property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence and contraband

in violation of Title 21 United States Code, Section(s) 841(a)(1), 843(b) and 846.

The facts to support the issuance of a Search Warrant are as follows:

See attached.

Continued on the attached sheet and made a part hereof. X Yes ___No

[signature]
Signature of Affiant

Sworn to before me, and subscribed in my presence

JUL 25 2008 at San Diego, CA
Date City and State

LEO S. PAPAS
U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

CSM

## AFFIDAVIT FOR SEARCH WARRANT

I, Ana Flores, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the Postal Inspection Service and my duties include investigating violations of the Drug Abuse Prevention and Control Act.

2. This affidavit is submitted in support of an application for a search warrant for the following two Priority Delivery Confirmation Parcels; hereinafter, known as Parcel #1 and Parcel #2.

3. Parcel #1 bears the following information: Tracking # 0306-3030-0001-1105-8214; addressed to Devon Johnson, 133 bark Ave, Central islip, NY 11722; and listed the return information of Chantel Johnson, 4534 T St, San Diego, CA 92114.

4. Parcel #2 bears the following information: Tracking # 0308-0660-0001-2356-0721; addressed to Mark Gale, 1 pineview blvd, Central islip, NY 11722; and listed the return information of Chantel Wilson, 4534 T St, San Diego, CA 92114.

5. I have been employed as a Postal Inspector since July 2003. From October 2003 through September 2005, I was assigned to the Internal Crimes / Mail Theft Investigations Team. Previous to that, I was employed with the United States Postal Service (USPS) for more than eight years. In July 2006, I received specialized training from the U.S. Postal Inspection Service which included instruction regarding individuals using the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders and other negotiable instruments to launder the proceeds of controlled substances transactions. In May 2007, I completed 80 hours narcotics investigations training by attending the Drug Enforcement Administration's Basic Narcotic Investigator School. In November 2007, I completed 30 hours training from the California Narcotics Officers Association, relative to the investigation of narcotics trafficking.

6. I have been involved in hundreds of investigations involving the shipment of illegal narcotics and controlled pharmaceuticals as well as drug proceeds through the US Mails. I have also investigated

CSM

individuals who have used US Postal Money Orders, commercial money orders and other types of negotiable instruments to launder the proceeds of illegal narcotics and controlled pharmaceuticals. These investigations have resulted in the arrests of individuals involved in the illegal mailing of narcotics, the seizure of illegal narcotics, controlled pharmaceuticals and proceeds of illegal narcotics and controlled pharmaceuticals.

7. Based upon my training, experience and discussions with other Postal Inspectors and agents I know the following in summary:

a. Individuals who regularly handle controlled substances leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

b. The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

c. Ongoing investigations have disclosed that Priority/overnight and "two day" parcel deliveries have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

d. I know that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

e. Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically "Express Mail" or "Priority Mail," for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

1. Items sent via "Express Mail" or "Priority Mail" are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.

 CEM

2. "Express Mail" is usually requested to be delivered by the next day's mail.

3. "Priority Mail" is usually requested to be delivered within two days of mailing.

4. Dispatch times for "Express Mail" are specific and are controllable by the mailer/shipper.

5. Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

6. While it is not always the case that a delay of "Express Mail" or "Priority Mail" is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of "Express Mail" or "Priority Mail" by United States Postal Service.

7. "Express Mail" and Priority Mail" may weigh up to 70 pounds and is desired for large volume shipments.

f. Businesses are more likely to use Express Mail and Priority Mail than First-class Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g. Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

h. Criminals who are involved in trafficking of controlled substances and drug proceeds will often use multiple Post Office Boxes, Commercial Receiving Agencies and addresses in foreign countries to conceal their true identities and place of residence.

i. I also know that drug orders containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor or controlled substances.

j. I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in case

CGM

of loss or damage. Insurance for Priority Mail may be purchased at an additional fee. Customers are discouraged from sending U.S. currency via the U.S. Mails and are encouraged to purchase negotiable instruments as a means to send currency by the U.S. Postal Service.

k. I also know through my training and experience that drug dealers will often use legitimate names and addresses of persons other than their own, or occupants at the residence, in order to receive controlled substances and/or proceeds/monetary instruments at their residence under names other than their own and to avoid suspicion.

8. On July 24, 2008 during routine interdiction activities at the Midway Processing and Distribution Facility (P&DF) located in San Diego, CA I became suspicious of the two Priority Delivery Confirmation parcels that are the subject of this affidavit and retrieved them for further investigation.

9. The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant for each of the parcels, I have not included each and every fact known to me concerning this investigation.

10. I became suspicious of the parcels for the following reasons: both parcels were brown cardboard shipping boxes and were identical in shape; the labels were handwritten and although I am not a handwriting expert, they appeared to match and have been written by the same individual; the sender on each of the parcels listed the same return address and the same first name but the last names on each parcels were different; the parcels were mailed from two different Post Office, one being the George Washington Post Office located in Zip Code 92102 and the other being the South Eastern Post Office located in Zip Code 92113. Both Post Offices are located in the city of San Diego and are located within minutes driving time from each other. Additionally, both parcels were addressed to locations in Central Islip, NY 11722.

11. I conducted a name inquiry on the return address for the parcels, which were identical, and determined the zip codes that were listed on each parcel was incorrect. The correct zip code should have been listed as 92113. Also, neither of the sender names of Chantel Johnson nor Chantel Wilson is associated to the return address.

12. On July 25, 2008 I met with San Diego Probation Officer Michael Anderson and his trained narcotic detection canine, Kilo, at Midway P&DF located in San Diego, CA. Officer Anderson and Kilo conducted an exterior inspection of the subject parcels. When Kilo examined the parcels described above, Officer Anderson advised that Kilo had alerted to the presence of the odor of controlled substances emanated from each of the two parcels. I secured the subject parcels pending an application for a search warrant for each of the parcels. The qualifications of canine Kilo are contained in attachment A.

13. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is being concealed in the subject parcel as described above and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

Ana Flores
Ana Flores
Postal Inspector

Sworn to before me, and subscribed in my presence, on this
25th Day of July, 2008.

U. S. Magistrate Judge
LEO S. PAPAS

CSM

ATTACHMENT A
For
Michael J. Anderson and K-9 Kilo

I have been a Probation Officer for the San Diego County Probation Department for the past 17 years and am currently assigned to the East County Gang Task Force as well as the Probation Department's Narcotic K-9 handler. I have assisted the Jurisdictions Unified for Drug and Gang Enforcement (J.U.D.G.E.), San Diego Integrated Narcotics Task Force (NTF), Field Action Specialty Team (FAST), Drug Enforcement Agency (DEA), San Diego Sheriffs Narcotic Teams, and local Post Offices as well as the San Diego Police Department in searches for narcotics. I am a member of the California Narcotics Officers Association as well as the California Narcotic Canine Association. I have participated in over 200 arrests of persons for violations of controlled substances laws particularly involving marijuana, methamphetamine, heroin and cocaine. I have received formal training and field experience in identification of all types of controlled substances, particular those mentioned above, by sight and odor as well as the manner in which the said substances are packaged, marketed and consumed.

On July 2003, I was assigned the responsibility of training and working with the San Diego Probation Department's narcotic K-9, Kilo, ID#K1. Between July and August 2003, San Diego Police Officer Steve Sloan trained Kilo and me in the area of narcotics. Kilo and I have been involved in training exercises where known controlled substances, containers, or paraphernalia were hidden. Kilo's alert consists of physical and mental reactions, which include a heightened emotional state and coming to a complete "sit" when his physical position allows.

On August 16, 2003 after 40 hours of training in the detection of marijuana, heroin, methamphetamine and cocaine, California Narcotics Canine Association certifying official Tom Iverson certified Kilo as 100% proficient in the detection of the same. On November 14, 2003, Kilo was re-certified by California Narcotics Canine certifying official Tom Moore.

On May 3, 2005, Kilo was re-certified by California Narcotics Canine certifying official Mary Bohnnett.

CEM

On March 31, 2006, Kilo was re-certified by California Narcotics Canine certifying official Joe Priebe.

On December 6, 2006, Kilo was re-certified by California Narcotics Canine certifying official Joe Priebe.

On February 5, 2008, Kilo was re-certified by California Narcotics Canine certifying official Steve Sloan.

Prior to Kilo and myself becoming certified as a team, Kilo received 100 hours of training in the detection of marijuana, heroin, methamphetamine and cocaine by California Narcotics Canine Association certifying official Mary Bohnnett. To date, Kilo has completed an excess of 400 hours of training.