AO 93 (Rev. 5/85) Search Warrant

CEM

# United States District Court

FILED

Southern DISTRICT OF California

08 JUL 28 AM 11:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| In the Matter of the Search of (Name, address or brief description of person or property to be searched) | |
|---|---|
| Parcel #1 bears the following information: Tracking # 0306-3030-0001-1105-8214; addressed to Devon Johnson, 133 bark Ave, Central islip, NY 11722; and listed the return information of Chantel Johnson, 4534 T St, San Diego, CA 92114. | **SEARCH WARRANT**<br>CASE NUMBER: '08 MJ 2299 |

TO: Ana L. Flores, Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by Ana L. Flores (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Parcel #1 bears the following information: Tracking # 0306-3030-0001-1105-8214; addressed to Devon Johnson, 133 bark Ave, Central islip, NY 11722; and listed the return information of Chantel Johnson, 4534 T St, San Diego, CA 92114 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before August 3, 2008 (Date)

(not to exceed 10 days) the person or place named above for the person ~~or~~ property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to LEO S. PAPAS

U.S. Judge or Magistrate

as required by law.

JUL 25 2008 1030 Am
Date and Time Issued

at San Diego, CA
City and State

LEO S. PAPAS U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

CEM

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7-25-08 | 7-25-08 2:30pm | USPS |

INVENTORY MADE IN THE PRESENCE OF

US Postal Inspectors A Flores and R Tanael

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Priority Delivery Confirmation #0306-3030-0001-1105-8214 brown shipping box contained crumpled newspaper and one, green, sealed 5 gallon plastic bucket covered with a plastic wrap, the bucket contained paper towels soaked in pine sol and under neath was contained a green leafy substance which field tested positive for marijuana which weighed approximately 3,690.3 grams.

AFlores 7/25/08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

U.S. Judge

Date 7/28/08